In the Matter of the Petition of VALHALLA CORP. and JACOB O. PEDERSEN, Appellants, against JOSEPH D. McGOLDRICK, as Comptroller, and Another, and CITY OF NEW YORK, Respondents. (Block 2769, Lot 3, Borough of Bronx — Appeal No. 2.) — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MILTON M. HEYMANN, Respondent, v. BLANCHE RISA KOSLIN SUSSMAN, Formerly Known as BLANCHE RISA KOSLIN HEYMANN, Appellant. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

RUDOLF HECHT, Appellant, v. UNIVERSAL TRADING CORPORATION and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, Respondent, v. MARY TURNER and Others, Defendants, Impleaded with KATHLEEN N. O'DONNELL HART, as Executrix, etc., of WILLIAM F. S. HART, Deceased, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

CARON CORPORATION, Appellant, v. R. K. O. RADIO PICTURES, INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of CHARLES FORCIER for Compensation as a Material Witness, Petitioner, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, against SALVATORE ANDENOCCI and Others, Defendants.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

STEPHEN G. MILOSY, Respondent, v. GREENHOUSE FLOWER COOPERATIVE, INC., and FLOWER SHIPPERS, INC., Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied without prejudice to a renewal upon proof showing that plaintiff has a meritorious cause of action. (See Titus v. Halsted, 209 App. Div. 66.) Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

LAZFOX, INC., a Domestic Corporation, Respondent, v. SKOURAS THEATRES CORPORATION, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

JULIUS FLESCHER, Respondent, v. VINCENT ORSSICH, Appellant.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. Verified bill of particulars to be served within twenty days after service of order. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.